**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**LORIE CASEY**                                                                                          **PLAINTIFF**

vs.                                    Case No. 2:19-cv-02058-PKH

**NEW PRIME, INC., PHILLIP KNIGHT, JR.,
And JOHN DOES 1-5**                                                                         **DEFENDANTS**

## STIPULATION

COME NOW Defendants, by and through counsel, Wales Comstock, and for their Stipulation, state:

1. Defendants admit that on April 22, 2016, in Greenwood, Arkansas, Phillip Knight was negligent in causing a collision between the New Prime commercial vehicle he was operating and the passenger vehicle being operated by Plaintiff when Knight failed to observe a traffic control device as alleged in Count Two of Plaintiff's Complaint.

2. Defendants admit that on April 22, 2016, in Greenwood, Arkansas, and at the time of the collision between Phillip Knight's vehicle and vehicle being operated by Plaintiff, Phillip Knight was an agent of New Prime and New Prime is vicariously liable for any damages proximately caused by the negligence of Phillip Knight.

WHEREFORE, Defendants seek entry of their Stipulation, as described herein, and for all other relief to which they may be entitled.

NEW PRIME, INC. AND PHILLIP
KNIGHT, JR., Defendants

WALES COMSTOCK
2434 E. Joyce Blvd., Suite 6
P.O. Box 10018
Fayetteville, Arkansas 72703
Phone:  479.439.8088 / Fax: 866.365.7070

*/s/ Christy Comstock*
Christy Comstock, Arkansas Bar No. 92246
christy@walescomstock.com

## CERTIFICATE OF SERVICE

I, Christy Comstock, state that I electronically filed the foregoing document by using the CM/ECF system. I certify that the following parties of their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system on this 27th day of November 2019:

Mr. Don P. Chaney
Chaney Law Firm, PA
PO Box 1405
Arkadelphia, AR 71923
don@chaneylaw.com

*/s/ Christy Comstock*
Christy Comstock